Eric D. Houser (SBN 130079)
Neil J. Cooper (SBN 277997)
HOUSER & ALLISON, APC
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: ncooper@houser-law.com

Attorneys for Defendant
PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCKIA LAWRENCE,<br><br>Plaintiff<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,<br><br>Defendants. | No. 2:18-cv-02228-TLN-EFB<br><br>**ORDER GRANTING EX PARTE APPLICATION BY PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC. FOR ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

For good cause shown, defendant Paramount Residential Mortgage Group, Inc.'s *ex parte* application for an extension of time to respond to plaintiff's Complaint is hereby GRANTED. Defendant's Paramount Residential Mortgage Group, Inc.'s deadline is extended to October 8, 2018.

IT IS SO ORDERED.

Dated: September 13, 2018

_____
Troy L. Nunley
United States District Judge

1